SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson, <br><br>          Plaintiff, <br><br>     vs. <br><br> Lack Family Investments, <br><br>          Defendants | Case No. **2:11-cv-00003-KJM-GGH** <br><br> **ORDER RE: STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE** |

   IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to September 7, 2011 at 10:00 a.m.[1]

Dated:  June 9, 2011.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The court is relying on Mr. Johnson's representation that a lengthy continuance is necessary because he will be unable to appear during his recuperation.